## 58009. KLEM v. SOUTHEAST CERAMICS, INC.

SMITH, Judge.

Appellant Klem has previously raised before this court the same issue he now raises. See *Klem v. Southeast Ceramics,* 150 Ga. App. 82 (256 SE2d 628) (1979). That decision controls here, adversely to appellant. Furthermore, appellee's motion for damages for a frivolous appeal is granted.

   *Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED JUNE 12, 1979 — DECIDED OCTOBER 2, 1979 —
REHEARING DENIED OCTOBER 18, 1979.

*Joseph H. King, Jr.* for appellant.
*Neil Heimanson,* for appellee.